# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHAMEL NICOLE ANDERSON, ) | |
| ID # 1811941, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-0310-D (BH) |
| ) | |
| DEBBIE IRWIN, ) | |
|     Respondent. ) | |

## ORDER

The findings, conclusions, and recommendation of the United States Magistrate Judge are adopted, and petitioner's application for a certificate of appealability is denied without prejudice.

**SO ORDERED**.

June 21, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE