# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHAMEL NICOLE ANDERSON, ) | |
| ID # 1811941, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-0310-D (BH) |
| ) | |
| DEBBIE IRWIN, ) | |
|     Respondent. ) | |

## ORDER

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion to stay is denied.

**SO ORDERED**.

June 22, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE